LEWIS JUBRAN (DC SBN 1028219)
Abusharar and Associates
501 N. Brookhurst Street #202
Anaheim, CA 92801
Tel:  (714) 5355600
Fax:  (714) 535-5605
EMAIL: associate@abushararlaw.com


Attorneys for Plaintiff
Chinwendu Grace Kalu

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| Chinwendu Grace Kalu | Docket No.: |
| | |
| 9709 Branchleigh Rd, #203 | |
| Randallstown, MD 21133 | **COMPLAINT FOR WRIT OF** |
| | **MANDAMUS** |
| | |
| Plaintiffs | |
| vs. | |
| | |
| Kristi L. Noem, in her official capacity as Secretary of the U.S. Department of Homeland Security; | |
| Joseph B. Edlow, in his official capacity as Director of United States Citizenship and Immigration Services; | |
| Director of the Vermont Service Center, United States Citizenship and Immigration Services in his or her official capacity | |

1

Executive Office of the Legal Adviser )
US Department of State                )
600 19th Street NW, Suite 5600        )
Washington DC 20522                   )
                                      )
                                      )
Office of the General Counsel         )
US Department of Homeland Security    )
2707 Martin Luther King Jr. Ave, SE   )
Washington DC 20528                   )
                                      )
                                      )
                  Defendants          )

**INTRODUCTION**

1. This action seeks to compel Defendants to adjudicate Plaintiff's Form I-360 Violence Against Women Act ("VAWA") self-petition and her related form I-485 Application to Register Permanent Residence of Adjustment of Status.

2. Plaintiff filed her Form I-360 on July 31, 2020 and subsequently her I-485 on September 22, 2020.

3. More than five years have elapsed without final adjudication.

4. Plaintiff seeks that Defendants perform their non-discretionary duty to adjudicate these applications within a reasonable time.

5. Defendants' failure to act constitutes agency action unlawfully withheld or unreasonably delayed under the Administrative Procedure Act ("APA"), 5 U.S.C. § 706(1), and warrants mandamus relief under 28 U.S.C. § 1361.

## JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (federal question).

7. This Court has jurisdiction to compel agency action unlawfully withheld or unreasonably delayed pursuant to 5 U.S.C. § 706(1).

8. This Court has mandamus jurisdiction pursuant to 28 U.S.C. § 1361.

9. The APA requires agencies to conclude matters presented to them within a reasonable time. 5 U.S.C. § 555(b).

10. Venue is proper in this District pursuant to 28 U.S.C. § 1391(e)(1).

11. Venue is proper under § 1391(e)(1)(A) because Defendants Secretary of Homeland Security and Director of USCIS perform their official duties in Washington, D.C. and maintain their principal offices in this District.

12. USCIS was headquartered in Washington, D.C. at the time of filing, where its leadership exercises nationwide supervisory authority over immigration adjudications, including VAWA self-petitions and applications for adjustment of status.

13. Venue is also proper under § 1391(e)(1)(B) because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this District.

14. The unreasonable delays challenged in this action arise from Defendants' failure, at the national level, to ensure timely adjudication of Form I-360 petitions and Form I-485 applications.

15. The pace, prioritization, allocation of adjudicatory resources, and supervisory oversight governing VAWA adjudications and Adjustment of Status applications are directed and controlled by USCIS leadership headquartered in Washington, D.C.

16. Accordingly, venue is proper in the District of Columbia.

## PARTIES

17. Plaintiff **Chinwendu Grace Kalu** is a VAWA self-petitioner.

18. Defendant **Kristi L. Noem** is the Secretary of the U.S. Department of Homeland Security ("DHS") and is sued in her official capacity. DHS is responsible for administration and enforcement of the immigration laws of the United States.

19. Defendant **Joseph B. Edlow** is the Director of U.S. Citizenship and Immigration Services ("USCIS") and is sued in his official capacity. USCIS is

4

the agency charged with adjudicating Form I-360 petitions and Form  I-485 Applications.

20.Defendant **Director of the Vermont Service Center**, USCIS is sued in his or her official capacity. The Vermont Service Center is responsible for processing Plaintiff's I-360 petition.

## FACTUAL ALLEGATIONS

21.On July 31, 2020, Plaintiff properly filed a Form I-360 self-petition under the Violence Against Women Act. **(Exhibit 1).**

22.On September 22, 2020, Plaintiff properly filed a Form I-485 Adjustment of Status application. **(Exhibit 2).**

23.USCIS accepted both applications for processing.

24.USCIS issued a Prima Facie Determination dated September 17, 2020, recognizing the apparent eligibility of Plaintiff's I-360 petition which most recently has been extended through June 10, 2026. **(Exhibit 3).**

25.Plaintiff has complied with all requests and requirements associated with her applications.

26. As of the filing of this Complaint, more than five years have passed without adjudication of the I-360 petition and thereafter I-485 application. The online case status only shows the filing date of the I-360 and the I-485 indicates that Plaintiff had complied with the Biometrics request on December 10, 2020. **(Exhibit 4).**

27. The delay significantly exceeds reasonable processing timeframes for humanitarian petitions and adjustment of status applications.

28. The prolonged inaction has prevented Plaintiff from securing lawful permanent residence and has caused substantial hardship, including immigration instability, prolonged uncertainty, and emotional distress.

## LEGAL STANDARD

29. The APA requires federal agencies to conclude matters presented to them within a reasonable time. 5 U.S.C. § 555(b).

30. A reviewing court shall compel agency action unlawfully withheld or unreasonably delayed. 5 U.S.C. § 706(1).

31. Mandamus relief is appropriate where (1) the plaintiff has a clear right to relief, (2) the defendant has a clear duty to act, and (3) no other adequate remedy exists.

## UNREASONABLE DELAY UNDER TRAC

32. In *Telecommunications Research & Action Center v. FCC*, 750 F.2d 70 (D.C. Cir. 1984) ("TRAC"), the D.C. Circuit articulated six factors for determining whether agency delay is unreasonable.

### Factor One: Rule of Reason

33. A delay exceeding five years in adjudicating both a humanitarian VAWA petition and a related adjustment of status application lacks a rational rule of reason.

### Factor Two: Congressional Timetable

34. While no specific statutory deadline governs these applications, Congress has made clear through 5 U.S.C. § 555(b) that matters must be resolved within a reasonable time.

### Factor Three: Human Health and Welfare

35. VAWA self-petitions involve humanitarian protections for survivors of abuse. Adjustment of status directly affects stability and long-term safety.

### Factor Four: Effect of Expediting

36. Plaintiff seeks adjudication of long-pending applications, not preferential treatment.

### Factor Five: Interests Prejudiced by Delay

37. Plaintiff's ability to obtain lawful permanent residence and achieve stability is significantly prejudiced.

### Factor Six: No Impropriety Required

38. A finding of unreasonable delay does not require a showing of bad faith.

39. Application of the TRAC factors demonstrates that Defendants' delay is unreasonable and unlawful.

# CAUSES OF ACTION

## COUNT I

### Unreasonable Delay in Violation of the Administrative Procedure Act (5 U.S.C. § 706(1))-Form I-360

40. Plaintiff incorporates all preceding paragraphs.

41. Defendants have unlawfully withheld and unreasonably delayed adjudication of Plaintiff's Form I-360 petition.

42. Plaintiff is entitled to relief compelling adjudication.

## COUNT II

### Unreasonable Delay in Violation of the Administrative Procedure Act (5 U.S.C. § 706(1))-Form I-485

43. Plaintiff incorporates all preceding paragraphs.

44. Defendants have unlawfully withheld and unreasonably delayed adjudication of Plaintiff's Form I-485 application.

45. Plaintiff is entitled to relief compelling adjudication.

# COUNT III

## Mandamus (28 U.S.C. § 1361)

46. Plaintiff incorporates all preceding paragraphs.

47. Plaintiff has a clear right to adjudication of her applications within a reasonable time.

48. Defendants have a non-discretionary duty to adjudicate immigration benefit applications.

49. No other adequate remedy exists.

50. Mandamus relief is warranted.

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Declare that Defendants' delay is unlawful under the APA;

B. Issue a writ of mandamus compelling Defendants to adjudicate Plaintiff's applications within a certain time.

C. Award reasonable attorneys' fees and costs pursuant to 28 U.S.C. § 2412 and any other applicable authority.

D. Grant such other relief as this Court deems just and proper at law and in equity.

Dated:  3/3/2026                    Respectfully Submitted,

                                   /s/ Lewis Jubran, Esq.

                                   Attorney for Plaintiff

# EXHIBIT 1

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number<br>EAC2027550690 | | Case Type<br>I360 - PETITION FOR AMERASIAN, WIDOWER, OR SPECIAL IMMIGRANT |
|---|---|---|
| Received Date<br>07/31/2020 | Priority Date | Petitioner<br>KALU, CHINWENDU GRACE |
| Notice Date<br>08/04/2020 | Page<br>2 of 2 | Beneficiary<br>KALU, CHINWENDU GRACE |

If your address changes - If your mailing address changes while your case is pending, please update your address with us using the Online Change of Address option at www.uscis.gov or by calling the NCSC at 1-800-375-5283. Otherwise, you might not receive notices about this case.

Return of Original Documents - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

NOTICE: Under the Immigration and Nationality Act (INA), the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Applicants:

| Name | DOB | COB | Class |
|---|---|---|---|
| KALU, CHINWENDU GRACE | ▬▬▬ | NIGERIA | |

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001

USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C  04/01/19

# EXHIBIT 2

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number<br>EAC2032550620 | | Case Type<br>I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS |
|---|---|---|
| Received Date<br>09/22/2020 | Priority Date | Applicant<br>KALU, CHINWENDU GRACE |
| Notice Date<br>09/24/2020 | Page<br>1 of 2 | Beneficiary<br>KALU, CHINWENDU GRACE |

CHINWENDU GRACE KALU

REISTERSTOWN MD 21136

**Notice Type:** Receipt Notice
Amount received: $1225.00 U.S.
Section: VAWA self-petitioner

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283** or visit the USCIS website at www.uscis.gov (if you are hearing impaired, the NCSC TDD number is 1-800-767-1833). If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the NCSC at 1-800-375-5283 or visit our website at www.uscis.gov.

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

**If your address changes** - If your mailing address changes while your case is pending, please update your address with us using the Online Change of Address option at www.uscis.gov or by calling the NCSC at 1-800-375-5283. Otherwise, you might not receive notices about this case.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** Under the Immigration and Nationality Act (INA), the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001



USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  04/01/19

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number<br>EAC2032550620 | | Case Type<br>I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR<br>ADJUST STATUS |
|---|---|---|
| Received Date<br>09/22/2020 | Priority Date | Applicant<br>KALU, CHINWENDU GRACE |
| Notice Date<br>09/24/2020 | Page<br>2 of 2 | Beneficiary<br>KALU, CHINWENDU GRACE |

will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001

USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.        Form I-797C    04/01/19

# EXHIBIT 3

September 17, 2020

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
75 Lower Welden St.
St. Albans, VT 05479



**U.S. Citizenship
and Immigration
Services**

CHINWENDU GRACE KALU

REISTERSTOWN, MD 21136



EAC2027550690



RE: CHINWENDU GRACE KALU
I-360, Petition for Amerasian, Widow(er), or Special
Immigrant



## PRIMA FACIE DETERMINATION

**Receipt Date:** July 31, 2020

The above petition has been reviewed and found to establish a prima facie case for classification under the self-petitioning provisions of the Violence Against Women Act.

THIS NOTICE MAY BE USED TO ASSIST YOU IN RECEIVING PUBLIC BENEFITS.

**THIS PRIMA FACIE DETERMINATION IS VALID FOR A PERIOD OF ONE YEAR FROM THE NOTICE DATE SHOWN ABOVE, AND EXPIRES ON THE DATE INDICATED BELOW.**

We will send you a written notice as soon as we make a decision on this case. It is not expected that a final decision will be made in this case before the end of the one year period. If this period is coming to a close and a decision has not been made on your case, you will automatically receive an extension within 60 days of the ending date.

*PLEASE NOTE: ESTABLISHING A PRIMA FACIE CASE FOR CLASSIFICATION UNDER THE SELF-PETITIONING PROVISIONS OF THE VIOLENCE AGAINST WOMEN ACT DOES NOT NECESSARILY MEAN THAT YOUR PETITION WILL BE APPROVED.*

**EXPIRATION DATE: September 17, 2021**

December 12, 2025

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
38 River Road
Essex Junction, VT 05479-0001



**U.S. Citizenship
and Immigration
Services**

CHINWENDU GRACE KALU

RANDALLSTOWN, MD 21133-2132



EAC2027550690

RE: CHINWENDU GRACE KALU
I-360, Petition for Amerasian, Widow(er), or Special
Immigrant

## PRIMA FACIE DETERMINATION

**Receipt Date:** July 31, 2020

The request for an extension of a prima facie case for classification under the self-petitioning provisions of the Violence Against Women Act has been reviewed and granted.

THIS NOTICE MAY BE USED TO ASSIST YOU IN RECEIVING PUBLIC BENEFITS.

**THIS PRIMA FACIE DETERMINATION IS VALID FOR A PERIOD OF 180 DAYS FROM THE NOTICE DATE SHOWN ABOVE, AND EXPIRES ON THE DATE INDICATED BELOW.**

We will send you a written notice as soon as we make a decision on this case. It is not expected that a final decision will be made in this case before the end of 180 days. If this period is coming to a close and a decision has not been made on your case, you will automatically receive an extension within 60 days of the ending date.

**PLEASE NOTE: ESTABLISHING A PRIMA FACIE CASE FOR CLASSIFICATION UNDER THE SELF-PETITIONING PROVISIONS OF THE VIOLENCE AGAINST WOMEN ACT DOES NOT NECESSARILY MEAN THAT YOUR PETITION WILL BE APPROVED.**

**EXPIRATION DATE: June 10, 2026**

# EXHIBIT 4



**U.S. Citizenship and Immigration Services**

MENU

# Case Status Online

## <mark>Case Was Received</mark>

<mark>On July 31, 2020, we received your Form I-36</mark>0, Petition for Amerasian, Widow(er), or Special Immigrant, Receipt Number EAC2027550690, and sent you the receipt notice that describes how we will process your case. Please follow the instructions in the notice. If you have any questions, visit the USCIS Contact Center webpage at www.uscis.gov/contactcenter. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

### Enter Another Receipt Number ❓

EAC2027550690

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE                                    PAPERWORK REDUCTION ACT

# Related Tools

## Change of Address

We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.



**U.S. Citizenship
and Immigration
Services**

MENU

# Case Status Online

==**Case Was Updated To Show Fingerprints Were Taken**==

==As of December 10, 2020, fingerprints relating to your Form I-485==, Application to Register Permanent Residence or Adjust Status, Receipt Number EAC2032550620, have been applied to your case. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number  ❔

```
EAC2032550620
```

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE                                                    PAPERWORK REDUCTION ACT

# Related Tools



### Change of Address

We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.

Visit Page